# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16cr312 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MARK COOK, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 11th day of April 2018, it is **HEREBY ORDERED** as follows:

1. Defendant's motion for a bill of particulars (Doc. 91) is **DENIED**;

2. Defendant's request for exculpatory material (Doc. 92) is **GRANTED IN PART and DENIED IN PART**;

3. The government shall provide the defendant with all exculpatory evidence that is material under Brady v. Maryland, 373 U.S. 83 (1983); and

4. The government need not disclose material pursuant to Giglio v. United States, 405 U.S. 150, 154 (1972), until three (3) days before trial.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**