# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:16cr312 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **MARK COOK,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 30th day of April 2018, the defendant's motion to sever offenses (Doc. 112) is hereby **DENIED**.

                                          **BY THE COURT**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Judge**