# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:16cr312 |
| --- | --- | --- |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MARK COOK, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 7th day of November 2018, the defendant's motions for a bill of particulars (Doc. 185 and Doc. 198) are hereby **DENIED**.

BY THE COURT:

s/ James M. Munley_____
**JUDGE JAMES M. MUNLEY**
**United States District Court**