UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**      :        3:CR-16-312

   **v.**                                          :        (JUDGE MANNION)

**MARK COOK,**                                :

   **Defendant**                            :

## O R D E R

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion for a Hearing pursuant to <u>Franks v. Delaware</u>, 438 U.S. 154 (1978), **(Doc. 119)**, is **GRANTED** regarding the Affidavit of Probable Cause and the October 14, 2016 search of his residence in Scranton, Pennsylvania;

2. The Defendant's motion to suppress evidence obtained from his house based on an Affidavit of Probable Cause in which he alleges that the agent knowingly or intentionally or with reckless disregard for the truth asserted and omitted facts, following a *Franks* hearing, **(Doc. 119)**, is **DENIED**;

3. The Defendant's Motion to Suppress Evidence Seized from his Person and Rented Vehicle by Taylor, PA Police on March 28, 2015, **(Doc. 120)**, is **DENIED**;

4. The Defendant's Motion to Suppress Evidence Seized from the Examination and Search of his Cell Phone, **(Doc. 127)**, is **DENIED**; and

**5.** The Defendant's Motion to Suppress Evidence and Motion for a *Franks* Hearing regarding the Search of his Cell Phone, **(Doc. 167)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Court**

**Date: April 19, 2021**
**16-312-02-Order**