UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL NO. 3:16-312 |
| v. : | (JUDGE MANNION) |
| MARK COOK, : | |
| Defendant : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED** that Cook's objection to his career offender designation is **OVERRULED**. Cooks sentencing proceeding will be held on _July 10, 2023_ at _10:30 a.m._ in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse in Scranton, PA.

_/s/ Malachy E. Mannion_
MALACHY E. MANNION
United States District Judge

DATE: June 28, 2023
16-312-03-ORDER