# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**　　　:

　　　　　　　**v.**　　　　　　:　　　　**3:16-CR-312**

**MARK COOK,**　　　　　　　:　　　**(JUDGE MANNION)**

　　　　**Defendant**　　　　　　:

## O R D E R

　　　Presently before the Court is Defendant's Motion for Leave to File *Pro Se* Supplemental Brief. (Doc. 441). The Motion is **GRANTED**. Defendant shall file his supplemental brief on or before **March 27, 2026**. The Governmental shall have the opportunity to file a supplemental responsive brief if it sees fit within fourteen (14) days after Defendant files his supplemental brief.


　　　　　　　　　　　*s/ Malachy E. Mannion*
　　　　　　　　　　　**Malachy E. Mannion**
　　　　　　　　　　　**United States District Judge**

**Dated: March 11, 2026**
16-312-17